# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ASBEL PEREZ VICIEDO** and **CARLOS RENDA,**
Appellants,

v.

**CREAL DALLAS, LLC,**
Appellee.

No. 4D17-3812

[June 28, 2018]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael L. Gates, Judge; L.T. Case No. 16-12591CACE(12).

Marlon E. Bryan of Bryan Law, Fort Lauderdale, (withdrawn as counsel after filing brief), and Asbel Perez Viciedo and Carlos Renda, West Palm Beach, pro se.

Jonathan Feldman of Perlman, Bajandas, Yevoli & Albright, P.L., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***